UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
FLORIDELIA SALAS,                                                      :
:
Plaintiff,                                  :
:
-v-                                    :     25 Civ. 5525 (JPC)
:
LAUNDRY 210 LLC d/b/a GRACIES LAUNDRY, *et*    :     ORDER
*al.*,                                                                 :
:
Defendants.                                 :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On July 15, 2025, Plaintiff served Defendants with copies of the Summons and Complaint. Dkts. 6-9. Defendants' deadline to respond to the Complaint was therefore August 5, 2025. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). That deadline has passed, and the docket does not reflect a response to the Complaint from any Defendant. Accordingly, the Court extends *sua sponte* Defendants' deadline to respond to the Complaint until August 14, 2025. If Defendants once again fail to respond to the Complaint by their deadline to do so, Plaintiff shall seek Certificates of Default by August 21, 2025.

Plaintiff is directed to mail a copy of this Order by First Class Mail to the address at which Defendants were served with the Summons and Complaint, and to file proof of service on the docket within two days of such service.

SO ORDERED.

Dated: August 7, 2025
       New York, New York                         _____
                                                  JOHN P. CRONAN
                                                  United States District Judge