```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
FLORIDELIA SALAS,                                                      :
                                                                       :
                               Plaintiff,                              :
                                                                       :
               -v-                                                     :   25 Civ. 5525 (JPC)
                                                                       :
LAUNDRY 210 LLC d/b/a GRACIES LAUNDRY, et                              :   ORDER
al.,                                                                   :
                                                                       :
                               Defendants.                             :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On July 3, 2025, Plaintiff initiated this case by filing a Complaint alleging causes of action under the Fair Labor Standards Act ("FLSA") and New York Labor Law against Defendants. Dkt. 1 ("Complaint"). After Defendants failed to appear, Plaintiff received a certificate of default on August 25, 2025, and moved for default judgment against on September 9, 2025. Dkts. 14, 16.

On October 21, 2025, the Court ordered Plaintiff to show cause at a telephonic hearing on October 23, 2025, why the Complaint states a cause of action under federal law and, if not, why the Court should exercise supplemental jurisdiction over the state-law claims in the Complaint. Dkt. 21. At the October 23 hearing, Plaintiff requested that the Court voluntary dismiss this case without prejudice. The Court grants Plaintiff's request and dismisses this case without prejudice under Rule 41(a)(2). *See* Fed. R. Civ. P. 41(a)(2) ("[A]n action may dismissed at the Plaintiff's request only by court order, on terms that the court considers proper."). The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated: October 27, 2025
       New York, New York

_____
JOHN P. CRONAN
United States District Judge